IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ERIC LONDREY GRIFFIN,
    Petitioner,

vs.                                       Case No.: 3:16cv367/LAC/EMT

ANDRE MATEVOUSIAN,
    Respondent.
_____/

## ORDER

       This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated July 26, 2016 (ECF No. 13). Petitioner has been furnished a copy of the Report and Recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). Petitioner filed no objections.

       Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

       Accordingly, it is now **ORDERED** as follows:

       1.     The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The petition for writ of habeas corpus filed under 28 U.S.C. § 2241 (ECF No. 1) is **DISMISSED**.

**DONE AND ORDERED** on this 24th day of August, 2016.

*s/ L.A. Collier*
Lacey A. Collier
Senior United States District Judge